UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23 CR 169 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | ORDER ACCEPTING PLEA, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| PATRICK JILES, | ) | |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Patrick Jiles, which was referred to the Magistrate Judge with the consent of the parties.

On March 22, 2023 the government filed a 4 count Indictment, charging Defendant Patrick Jiles with Distribution of Cocaine and Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)1(C). On July 28, 2026 Magistrate Judge Knapp held an arraignment, at which time Mr. Jiles entered a plea of not guilty to the charges. On September 30, 2026 Magistrate Judge Knapp received Defendant's plea of guilty to counts 1 through 4 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Patrick Jiles is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Patrick Jiles is adjudged guilty to counts 1 through 4 of the Indictment in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 6, 2027 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 16, 2026